IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK L. KING,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL VANBILLIARD**, et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 18-3962-KSM** |

## ORDER

**AND NOW** this 3rd day of August, 2023, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 65, 67), and Plaintiff's failure to respond despite the Court's Order directing him to do so (*see* Doc. No. 66), it is **ORDERED** that the motions are **GRANTED** and Plaintiff's claims are **DISMISSED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**